B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of Ohio-Columbus

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Columbus Wood Products, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA The Mount Vernon Mantel Company; FDBA Mantel Impressions; FDBA Continental Wood Products; FDBA Fifth Avenue Finishing; FDBA custommouldingsdirect.com; FDBA Anthology Hardware** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**31-1781847** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1800 E. Fifth Avenue**<br>**Columbus, OH**<br>ZIP Code **43219** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Franklin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2720 Airport Drive, Suite 100**<br>**Columbus, OH**<br>ZIP Code **43219** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### Tax-Exempt Entity
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

## Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

### Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

### Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

### Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Columbus Wood Products, LLC |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: See Schedule A | Case Number: | Date Filed: 5/21/10 |
| District: Southern District of Ohio | Relationship: | Judge: |

| Exhibit A | Exhibit B (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Columbus Wood Products, LLC** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X /s/ Daniel Swetnam
Signature of Attorney for Debtor(s)

**Daniel R. Swetnam 0011022**
Printed Name of Attorney for Debtor(s)

**Schottenstein, Zox & Dunn Co. LPA**
Firm Name

**250 West Street
Suite 700
Columbus, OH 43215**
Address

**(614) 462-2700  Fax: (614) 224-3568**
Telephone Number

**May 21, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Paul Rackoff
Signature of Authorized Individual

**Paul F. Rackoff**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**May 21, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# SCHEDULE A

## May 21, 2010

The following related entities are each filing Chapter 7 petitions. Below is an organizational chart showing the relationship among these Debtors (Nacht Leasing, LLC is separately owned but is affiliated with the remaining entities):

1. CWP Construction Services, LLC
2. Continental Millwork Company, LLC
3. Nacht Holdings, LLC
4. Nacht Leasing, LLC
5. Nacht Management, Inc.
6. Columbus Wood Products, LLC
7. Continental Wood Products, LLC
8. 1800 Fifth Avenue Holdings, LLC



# ACTIONS TAKEN IN WRITING WITHOUT A MEETING
# BY THE MANAGERS OF COLUMBUS WOOD PRODUCTS, LLC

## May 19, 2010

The undersigned, being all of the Managers of Columbus Wood Products, LLC (the "Company "), which is the sole member of the wholly-owned subsidiary, Continental Wood Products, LLC (the "Sub" and, together with the Company, the "Companies"), do hereby take and adopt the following actions in writing and without a meeting, effective the date first written above, in accordance with the requirements of applicable law:

RESOLVED, that in the judgment of the undersigned, it is in the best interest of the Company that the Company commences a chapter 7 case by filing a voluntary petition seeking an orderly liquidation of its business, financial and other affairs under the provision of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

RESOLVED, that in the judgment of the undersigned, it is in the best interest of the Sub to commence a chapter 7 case for the Sub by filing a voluntary petition seeking an orderly liquidation of its business, financial and other affairs under the provisions the Bankruptcy Code, if so determined by any of the below-named officers or managers, either independently or upon the advice of counsel; and

RESOLVED, that the Companies enter into a representation agreement with Schottenstein, Zox & Dunn Co., LPA ("SZD"), pursuant to which SZD shall provide legal services to the Companies in connection with the institution, processing, monitoring and supervision of a Chapter 7 case, or any other bankruptcy or liquidation proceedings; and that each of Stephen I. Nacht, Manager of the Company, Victoria N. Hilbrands, Manager and Vice President of the Company, Paul F. Rackoff, Chief Executive Officer of the Company, and Mary Rodgers, Chief Financial Officer of the Company, is authorized to execute any and all documents necessary or proper in connection with such representation; and

RESOLVED, that each of Stephen I. Nacht, Victoria N. Hilbrands, Paul F. Rackoff and Mary Rodgers is hereby authorized, either upon the advice of SZD or upon his or her determination that the financial condition of the Company or the Sub so warrants, to take any action of whatever nature or kind necessary and proper to institute a bankruptcy case under Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Ohio and to enter into any transaction or agreement and to take any other action after the institution of bankruptcy case which he or she deems to be in the best interest of the Company or the Sub; and

RESOLVED, that each of Stephen I. Nacht, Victoria N. Hilbrands, Paul F. Rackoff and Mary Rodgers is authorized and directed to sign and file all necessary petitions, forms, schedules, papers and documents, and to do or cause to

be done such other acts as he or she deems necessary or proper, in order to carry out the filing of a case in bankruptcy and to effectuate fully the purposes of the foregoing resolutions; and

RESOLVED, that any acts of the Mangers or foregoing officers of the Company and of any person or persons designated and authorized to act by the Managers of the Company or these resolutions, which acts would have been authorized by the aforesaid actions, and resolutions, if properly adopted, are hereby severally ratified, confirmed and approved as acts in the name of and on behalf of the Company and the Sub.

The foregoing constitutes a complete record of actions taken by the undersigned effective the day and year first above written.

This document may be executed in counterparts, all of which will constitute but one document, binding upon all parties even though all parties may not have executed the original or the same counterpart.

MANAGERS:

_____
Stephen I. Nacht, Manager

_____
Victoria N. Hilbrands, Manager